MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER (SBN 154842)
DONALD P. SULLIVAN (SBN 191080)
ANGEL T. LIN (SBN 255682)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  415.442.1000
Fax: 415.442.1001
Email:  ndiller@morganlewis.com

Attorneys for Defendant
UNILEVER SUPPLY CHAIN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNILEVER SUPPLY CHAIN, INC., a corporation, <br><br> Defendant. | Case No. 09-CV-03084- MEJ <br><br> Hon. Judge Maria-Elena James <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER FOR CIVIL CASE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63762489.1

STIP. TO CONTINUE TIME FOR DEFS TO SUBMIT RESPONSE TO PLFS COMPLAINT

1  WHEREAS, Plaintiff commenced this matter by filing its Complaint with the Court on
2  September 27, 2009; and
3  WHEREAS, Plaintiff caused the Complaint to be served on September 27, 2009; and
4  WHEREAS, the Parties entered into and filed a Stipulation to Continue Time for
5  Defendant to Submit a Response to Plaintiff's Complaint until September 16, 2009 on August 4,
6  2009; and
7  WHEREAS, the Parties began settlement negotiations on or about that time; and
8  WHEREAS, the Parties' negotiations continued through August 4, 2009, the Parties
9  entered into and filed a second Stipulation to Continue Time for Defendant to Submit a Response
10  to Plaintiff's Complaint until October 8, 2009; and
11  WHEREAS, this Court entered a Case Management Scheduling Order ("Scheduling
12  Order") on July 8, 2009;
13  WHEREAS, the Scheduling Order set October 8, 2009, as the deadline for filing Rule
14  26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case
15  Management Statement per attached Standing Order re Contents of Joint Case Management
16  Statement; and
17  WHEREAS, the Scheduling Order also set October 15, 2009 as the date for the Initial
18  Case Management Conference; and
19  WHEREAS, the Parties have agreed in principle to most of the terms of a settlement; and
20  WHEREAS, the Parties are in need of additional time within which to finalize the terms
21  of a settlement and commit those terms to writing; and
22  WHEREAS, continuing the deadline within which the Defendant is required to submit a
23  response to the Complaint to a date subsequent to the stipulated October 8, 2009 deadline
24  necessarily impacts the other dates in the Scheduling Order;
25  NOW THEREFORE AND FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
26  STIPULATE and AGREE as follows:
27  1.  The deadline for Defendant to Submit a Response to Plaintiff's Complaint shall be
28  continued to November 9, 2009;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63762489.1

STIP. TO CONTINUE TIME FOR DEFS TO
SUBMIT RESPONSE TO PLFS COMPLAINT

2. The deadline for filing Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be continued to November 9, 2009; and

3. The Case Management Conference shall be held on November 16, 2009 in Courtroom B, 15th Floor, at 10:00 AM or as soon thereafter as the Court so desires.

**IT IS SO STIPULATED**

I, Nicole A. Diller, attest, pursuant to General Order No. 45, Rule X, that the undersigned concur in the filing of this Stipulation.

Dated: October 8, 2009           ERSKINE & TULLEY
                                 MICHAEL J. CARROLL


                                 By /s/ Michael J. Carroll
                                    Michael J. Carroll
                                    Attorney for Plaintiff
                                    NORTHWEST ADMINISTRATORS, INC.


Dated: October 8, 2009           MORGAN, LEWIS & BOCKIUS LLP
                                 NICOLE A. DILLER
                                 DONALD P. SULLIVAN


                                 By /s/ Nicole A. Diller
                                    Nicole A. Diller
                                    Attorney for Defendant
                                    UNILEVER SUPPLY CHAIN, INC.

1 **[PROPOSED] ORDER**

2 FOR GOOD CAUSE SHOWN, it is hereby ordered that the Court's July 8, 2009

3 Scheduling Order shall be amended as follows:

4     1.    The deadline for Defendant to Submit a Response to Plaintiff's Complaint shall be

5 continued to November 9, 2009;

6     2.    The deadline for filing Rule 26(f) Report, complete initial disclosures or state

7 objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order

8 re Contents of Joint Case Management Statement shall be continued to November ~~9~~ 12, 2009; and

9     3.    The Case Management Conference shall be held on November ~~16~~ 19, 2009 in

10 Courtroom B, 15th Floor, at 10:00 A.M. or at _____.

12 **IT IS SO ORDERED.**

13 DATED: October 8, 2009    _____

14                                 The Honorable Maria-Elena James
                                United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63762489.1

Case No. 09-CV-03084- MEJ
[PROPOSED] ORDER MODIFYING CASE
MANAGEMENT SCHEDULING ORDER