1  **ERSKINE & TULLEY**
   **A PROFESSIONAL CORPORATION**
2  **MICHAEL J. CARROLL (STATE BAR #50246)**
   **220 Montgomery Street, Suite 303**
3  **San Francisco, CA  94104**
   **Telephone:  (415) 392-5431**
4  **Facsimile:  (415) 392-1978**

5  **Attorneys for Plaintiffs**

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

**NORTHWEST ADMINISTRATORS, INC.,**  )  **NO. C 09 3084 MEJ**
                                     )
                                     )
            **Plaintiffs,**          )  **STIPULATION TO CONTINUE**
                                     )  **CASE MANAGEMENT CONFERENCE;**
       **vs.**                       )  **ORDER**
                                     )
                                     )
**UNILEVER SUPPLY CHAIN, INC., a**   )
**corporation**                      )
                                     )
                                     )
            **Defendant.**           )
_____)

        Settlement discussions taking more time than anticipated, IT IS STIPULATED to continue the Case Management Conference from December 17, 2009 at 10:00 a.m. to January 21, 2010 at 10:00 a.m.

        Defendant's time to file a responsive pleading shall also be extended to the new conference date.

*////*

*////*

        **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**

1                                                   **ERSKINE & TULLEY**

2

3  **DATED:** 12/14/09             **/s/Michael J. Carroll**
                                            Michael J. Carroll
                                            Attorneys for Plaintiffs

4

5                                                 **MORGAN, LEWIS & BOCKIUS LLP**

6

7  **DATED:** 12/14/09             **/s/Donald Sullivan**
                                            Donald Sullivan
                                            Attorneys for Defendant

8

                             **Order**
9                        **IT IS SO ORDERED**.
              December 15, 2009
10 **DATED:** _____             _____
                                            Honorable Maria-Elena James

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**