ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT GRANTED Judge Maria-Elena James NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., Plaintiff, vs. UNILEVER SUPPLY CHAIN, INC., etc., Defendant. | NO. C 09 3084 MEJ<br>AMENDED NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for January 21, 2010 at 10:00 a.m.,in Courtroom No. B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: January 12, 2010

ERSKINE & TULLEY

By: /s/ Michael J. Carroll
Michael J. Carroll
Attorneys for Plaintiff

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On January 12, 2010 I served the within AMENDED NOTICE OF VOLUNTARY DISMISSAL on the counsel for defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Richard J. DeFortuna**
**Morgan Lewis & Bockius**
**1701 Market Street**
**Philadelphia, PA 19103-2921**

**Nicole A. Diller**
**Donald P. Sullivan**
**Angel T. Lin**
**Morgan Lewis & Bockius**
**One Market, Spear Street Tower**
**San Francisco, CA 94105**

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2010 at San Francisco, California.

/s/ Diane Andrade
Diane Andrade